No. 72–159.  Durst *v.* United States Court of Appeals for the Ninth Circuit et al.  Motions to dispense with printing petition for writ of mandamus and for leave to use record in No. 72–42 [*Durst* v. *National Casualty Co., Inc., infra*] granted.  Motion for leave to file petition for writ of mandamus and other relief denied.

No. 72–5185.  Fair *v.* Roberts, Chief Justice, Supreme Court of Florida, et al.  Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 71–1623.  Bullock, Secretary of State of Texas *v.* Weiser et al.  Appeal from D. C. N. D. Tex.  Motion to dispense with printing motion to dismiss or affirm granted.  Probable jurisdiction noted.

No. 71–1545.  Butz, Secretary of Agriculture, et al. *v.* Glover Livestock Commission Co., Inc.  C. A. 8th Cir.  Certiorari granted.

No. 71–1553.  Gilligan, Governor of Ohio, et al. *v.* Morgan et al.  C. A. 6th Cir.  Certiorari granted.

No. 72–178.  Struck *v.* Secretary of Defense et al.  C. A. 9th Cir.  Certiorari granted.

No. 72–90.  United States *v.* Chicago, Burlington & Quincy Railroad Co.  Ct. Cl.  Certiorari granted.  Mr. Justice Powell took no part in the consideration or decision of this petition.